**Order entered May 22, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-12-00361-CR**
**No. 05-12-00399-CR**

**JEFFREY FITZGERALD WHITAKER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F10-40870-V & F10-40871-V**

## ORDER

In this case, appellant raises an issue related to the costs assessed against him. The record, however, does not contain a cost bill or other document with an itemized list of costs assessed in this case. We **ORDER** the Dallas County District Clerk to prepare and file, within seven days of the date of this order, a supplemental clerk's record containing a detailed itemization of the costs assessed in this case, including but not limited to, specific court costs, fees, and court appointed attorney fees. TEX. CODE CRIM. PROC. ANN. arts. 103.001, 103.006 (West 2006).

The supplemental clerk's record **SHALL ALSO INCLUDE** an explanation of any abbreviations used to designate a particular fee, cost, or court appointed attorney fee.

/s/     MICHAEL J. O'NEILL
               JUSTICE